UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HORUS EXPRESS TRUST, ON BEHALF OF
DENNIS-CLARENCE/CORKSCREW NY
INC.,

                    Plaintiff,                          25-cv-8132 (LTS)

              -against-                                 CIVIL JUDGMENT

AMERICAN EXPRESS COMPANY, ET AL.,

                    Defendants.

For the reasons stated in the December 1, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    December 4, 2025
            New York, New York


                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                       Chief United States District Judge